# Third District Court of Appeal

## State of Florida

Opinion filed May 3, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-467
Lower Tribunal No. 20-406A
_____

## V.M.A., a Juvenile,

Appellant,

vs.

## The State of Florida,

Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.


Before EMAS, GORDO and BOKOR, JJ.

GORDO, J.

V.M.A., a juvenile, appeals an order directing him to pay restitution to the victim. We have jurisdiction. Fla. R. App. P. 9.145(b)(2). In a related case, V.M.A. directly appealed an order withholding adjudication of delinquency and placing V.M.A. on probation. See V.M.A. v. State, 354 So. 3d 611, 611 (Fla. 3d DCA 2023). This Court reversed and remanded for a new adjudicatory hearing "conclud[ing] that due process considerations inherent in delinquency proceedings require the trial court to make case-specific findings of necessity before conducting a remote adjudicatory hearing." Id. Accordingly, we vacate the restitution order and remand for further proceedings.[1]

Reversed and remanded.

---

[1] Because this Court reversed and remanded V.M.A.'s direct appeal, which was the basis of entry of the restitution order, we do not address the merits raised on this appeal.